UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN VERRIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BETH ISRAEL DEACONESS HOSPITAL, et al.,<br><br>　　　　Defendants. | *<br>*<br>*<br>*<br>*   Civil Action 22-cv-10126-IT<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER OF DISMISSAL

July 19, 2022

TALWANI, D.J.

In a May 31, 2022 Memorandum and Order [Doc. No. 6], the court explained that to proceed with this litigation, Plaintiff would have to file an amended complaint that cures the identified deficiencies in the Complaint [Doc. No. 1]. The court gave Plaintiff thirty-five days—until July 5, 2022—to amend his complaint. Id. Because nothing has been filed, the Complaint [Doc. No. 1] is hereby DISMISSED without prejudice for failure to state a claim. This case is CLOSED.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Indira Talwani
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge